**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-7710

M. RODNEY JONES,

Plaintiff - Appellant,

versus

STATE OF SOUTH CAROLINA; SOUTH CAROLINA
DEPARTMENT OF CORRECTIONS; GARY D. MAYNARD,
Director; JIM HODGES, The South Carolina
Governor; CHARLIE CONDON, The South Carolina
Attorney General; ROBERT W. STEWART, South
Carolina SLED Chief; JIM CHRISTOPHER, South
Carolina SLED Chief; BRENTON GLISSON, South
Carolina Department of Corrections PCI Doctor,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Margaret B. Seymour, District Judge.
(CA-02-157-3-24)

Submitted: March 6, 2003          Decided: March 18, 2003

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

M. Rodney Jones, Appellant Pro Se.  Saunders McKenzie Bridges,
BRIDGES, ORR, DERRICK & ERVIN, Florence, South Carolina; Robert E.
Lee, Amy Anderson Wise, AIKEN BRIDGES, Florence, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

M. Rodney Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000), complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Jones v. South Carolina, No. CA-02-157-3-24 (D.S.C. Sept. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2